## Exhibit A

### List of Plaintiff's Published Op-Eds Within Past Decade

1. "California must end its war on the constitutional rights of nonprofits," *The Hill*, 6/9/17
2. "Dark money bill chills free speech," *Charleston Post and Courier*, 2/16/17
3. "Possible expansion of lobbying restrictions threaten First Amendment," *The Hill*, 2/2/17
4. "New Sanders Group Illustrates Legal Compliance Challenges," *Roll Call*, 8/26/16
5. "Joyful Noise unites 'citizens for Sanders'," *Washington Times*, 6/28/16
6. "Liberals should thank Scalia for right to blast GOP on Supreme Court," *USA Today*, 3/8/16
7. "An alternative to nonstop political fundraising," *Washington Times*, 2/9/16
8. "Don't fear Wisconsin campaign finance fix," *Milwaukee Journal Sentinel*, 11/6/15
9. "Members of Congress propose politicization of government contracts," *The Hill (Congress Blog)*, 6/25/15
10. "'Fugees From the War on Political Speech," *The Hill (Congress Blog)*, 4/17/15
11. "How a political opinion cost a D.C. activist $2,000," *Washington Post*, 1/25/15
12. "Political speech, regulation and freedom: A case study," *Daily Interlake*, 11/1/14
13. "Campaign donor secrecy stops retaliation," *USA Today*, 9/9/14
14. "Citizens United Redux: The Masses Deserve a Media Exemption Too," *Daily Caller*, 8/28/14
15. "A Constitutional Right to Incumbency?," *Roll Call*, 6/3/14
16. "An assault on privacy in California," *Orange County Register*, 4/24/14
17. "Scott Brown is right to avoid the 'People's Pledge' politicians' pact," *Daily Caller*, 4/25/14
18. "The overstated sway of campaign funds," *Washington Times*, 12/9/13
19. "The IRS's Thanksgiving turkey: More non-profit restrictions," *Daily Caller*, 12/5/13
20. "Freedom vs. transparency in campaign finance reform," *Detroit News*, 12/4/13
21. "Lift campaign donations cap," *USA Today*, 10/7/13
22. "Disclosure's Unintended Consequences," *The Hill (Congress Blog)*, 9/19/13
23. "Cutting the price tag off free speech," *Washington Times*, 8/29/13
24. "A Not-So-Bright 'Fix' for the IRS," *Roll Call*, 7/12/13
25. "WWJD About the IRS?," *The Hill (Congress Blog)*, 5/29/13
26. "Time to shed light on disclosure bill," *Politico*, 5/20/13 (with David Keating)
27. "Political Intelligence: The New Oxymoron," *Roll Call*, 5/13/13
28. "A GOP for all Americans," *Washington Times*, 3/25/13
29. "Prohibiting politics as public service," *The Hill (Congress Blog)*, 3/11/13
30. "When campaign finance laws are just regulatory overkill," *Washington Times*, 2/25/13
31. "DISCLOSE Act Causes Less Disclosure," *Roll Call*, 1/8/13
32. "Government spending the true 'dark money' scandal," *Washington Times*, 12/10/12
33. "When It Comes to Campaign Cash, There Will Be Scandal," *Roll Call*, 7/24/12
34. "Lobbyist Association Content to Tread Water," *Roll Call*, 4/26/12
35. "China made me do it," *Washington Times*, 11/29/11
36. "Politicking on the public dime," *Washington Times*, 11/8/11
37. "An Orwellian campaign finance system," *Washington Times*, 8/3/11

38. "Public Citizen seeks silent citizens," *Washington Times*, 5/17/11
39. "Campaign finance law 'fixes' an imaginary problem," *Washington Times*, 4/1/11
40. "The Myth of the Lobbyist-Staffers," *The Hill (Congress Blog)*, 3/30/11
41. "Manufacturing an Ethical Conflict," *The Hill (Congress Blog)*, 1/26/11
42. "A Time for Reflection, Not Legislation," *Roll Call*, 1/20/11
43. "New Members Show Living at Work Possible," *Roll Call*, 12/7/10
44. "Another House ethics problem," *Washington Times*, 10/7/10
45. "Close Oil-Government Ties Are Unremarkable," *Roll Call*, 8/5/10
46. "'Swing Door' is Good for the Political System," *Roll Call*, 5/10/10
47. "Firewall Needed for Contributions and Earmarks," *Roll Call*, 3/29/10
48. "In Health Debate, Don't Shoot the Messengers," *Roll Call*, 3/11/10
49. "Government has another Toyota problem," *The Hill*, 2/26/10;
50. "A Bull Market for Donkeys and Elephants?", *Roll Call*, 1/21/10;
51. "Administration Promotes Lobbyist 'Brain Drain,'" *Roll Call*, 11/30/09;
52. "Ground Rules Needed for the Overnight Lobby," *Roll Call*, 9/15/09;
53. "White House Intensifies War on Lobbyists," *Roll Call*, 6/18/09;
54. "Executive Order on Lobbying All Sound and Fury," *Roll Call*, 2/24/09;
55. "Sir Elton, the FEC, and You," *The Hill*, 5/7/08;
56. "Lobbyists, Don't Put Away Your Checkbooks," *The Hill*, 4/9/08;
57. "Federal Campaign Regulations Are as Clear as Fudge," *Roll Call*, 2/26/08;
58. "Law on the Rocks," *The Hill*, 2/12/08;
59. "The Law That Stole Christmas," *The Hill*, 12/18/07 (with Paul Honigberg)