Dear Counsel:

      Many members of our bar have expressed concern about the obstacles our Local Rules and practices present to timely, efficient, and inexpensive resolution of discovery disputes. In order to address these concerns, some chambers have implemented a "call-in" program for the resolution of discovery disagreements. I will make myself available by telephone to resolve emergency discovery disputes and other discovery issues that do not require extensive briefing. The following procedures will apply:

      1. Before requesting a hearing, counsel must give opposing counsel at least twenty-four hours notice of their intent to do so.

      2. Counsel involved in the discovery dispute should electronically file by 4:00 p.m. on the day before the hearing short letters (not to exceed two pages) setting forth their respective positions.

      3. It is the responsibility of counsel who request the hearing to arrange for a conference call at the prescribed time.

      4. I will not have a record made of the hearing. If any of you want a record to be made, it will be your responsibility to have a court reporter present in your office or to arrange for the hearing to be tape recorded. Of course, in either event you must advise me and opposing counsel at the commencement of the hearing that a record is being made.

      I will do my best to resolve as many disputes as I can in this informal manner. If, however, I determine that the issues are too complicated for me to do so, after hearing from you I will direct that the procedures for formal briefing be followed.

      In addition to the "call-in" I will make myself available whenever I can to resolve disputes as they arise during the course of a deposition.

      Very truly yours,

      /s/

      George Jarrod Hazel
      United States District Judge