**KARPINSKI, COLARESI & KARP, P.A.**
ATTORNEYS AT LAW
SUITE 1850, 120 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202-1617

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL: bkcklaw@aol.com
WEBSITE: www.kcklegal.com

DANIEL KARP *
KEVIN KARPINSKI *
VICTORIA M. SHEARER *
E.I. CORNBROOKS, IV

SANDRA D. LEE **
J. MICHAEL COLLITON *
MICHELLE L. SEIDLECK
ANDREW J. DIMICELI
ALYSON PARKER KIERZEWSKI

RICHARD T. COLARESI
RETIRED

MICHAEL B. RYND
OF COUNSEL

\* ADMITTED IN MD AND D.C.
\*\* ADMITTED IN MD, N.Y. AND D.C.

July 3, 2018

<u>Via Electronic Filing</u>
Honorable George Jarrod Hazel
United States District Court Judge
United States District Court
 For the District of Maryland
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland  20770

    Re:    My File: 337-161
            *Eric Wang v. City of Rockville*
            Case No: 8:17-cvb-02131-GJH

Dear Judge Hazel:

    Please accept this as the parties' joint status report, as called for by the February 21, 2018 Scheduling Order (ECF 21).

    Discovery has been completed.

    No motions are pending.

    Both parties intend to file motions for summary judgment.  Pursuant to Local Rule 105.2(c), we propose the following schedule:

- Defendant will file its motion for summary judgment on or before August 6, 2018.
- Plaintiff will file his cross-motion for summary judgment and a single memorandum, both opposing Defendant's motion and supporting his own cross motion, on or before September 7, 2018.

KARPINSKI, COLARESI & KARP, P.A.
ATTORNEYS AT LAW

Honorable George Jarrod Hazel
Page 2
July 3, 2018

- Defendant shall file its opposition/reply on or before September 28, 2018.
- Plaintiff may then file his reply on or before October 19, 2018.

No jury trial was elected. We anticipate that trial can be accomplished within a day.

The parties have discussed the possibility of settlement but are in agreement that settlement is not likely and that no purpose would be served by referring the case for a settlement conference.

There is no unanimous consent to refer the case to a U.S. Magistrate Judge for all further proceedings.

Respectfully,

KARPINSKI, COLARESI & KARP

BY: Daniel Karp

DK/bkh
Cc:  Eric Wang, Esquire