IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC WANG, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: 8:17-cv-02131-GJH |
| THE CITY OF ROCKVILLE, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

The City of Rockville, Defendant, by KARPINSKI, COLARESI & KARP and DANIEL KARP, its attorneys, moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the ground that there are no genuine disputes of material fact and it is entitled to summary judgment as a matter of law, as set forth more fully in the memorandum filed herewith.

KARPINSKI, COLARESI & KARP

BY: _____
DANIEL KARP, #00877
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
(410) 727-0861 (fax)
Brunokarp@bkcklaw.com
Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August 2018, a copy of the foregoing Motion for Summary Judgment was electronically filed, with notice to:

Eric Wang, Pro Se
38 Maryland Avenue, Unit 515
Rockville, Maryland 20850
11cfrlaw@gmail.com

_____
Of Counsel for Defendant